```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 42881
   ALEC ROBERT WALSHON JR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-4838

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 11/18/2004 and was confirmed 12/30/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 01/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
GENERAL MOTORS ACCEPTANC   UNSECURED       10857.62            .00         10857.62
PETER FRANCIS GERACI       DEBTOR ATTY      1,900.00                        1,900.00
TOM VAUGHN                 TRUSTEE                                            740.01
DEBTOR REFUND              REFUND                                             182.37

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               13,680.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                   10,857.62
ADMINISTRATIVE                               1,900.00
TRUSTEE COMPENSATION                           740.01
DEBTOR REFUND                                  182.37
                      --------------       --------------
TOTALS                13,680.00             13,680.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 04/24/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```